■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN EARLY, Appellant. [608 NYS2d 906] —Judgment unanimously affirmed. Memorandum: Under the circumstances of this case, defendant did not waive his right to request this Court, on appeal, to adjudicate him a youthful offender. Upon our consideration of the factors relevant on an application for youthful offender treatment *(see, People v Cruickshank,* 105 AD2d 325, 334, *affd sub nom. People v Dawn Maria C.,* 67 NY2d 625), we decline to exercise our interest of justice jurisdiction to vacate the conviction and adjudicate defendant

a youthful offender *(see, People v Hanno,* 197 AD2d 879; *cf., People v Shrubsall,* 167 AD2d 929). (Appeal from Judgment of Supreme Court, Erie County, Kubiniec, J.—Robbery, 2nd Degree.) Present—Denman, P. J., Callahan, Balio, Fallon and Davis, JJ.